# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

David Perales

                                Plaintiff,

v.                                           Case No.: 1:21–cv–01760

                                           Honorable Marvin E. Aspen

Shorewood Home and Auto, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 18, 2021:

      MINUTE entry before the Honorable Marvin E. Aspen: Defendants shall answer the amended complaint [16] by 11/1/2021. The status hearing set for 10/21/2021 is stricken and reset to 1/13/2022 at 10:30 a.m. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.