UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMY ELLIOTT, AS ADMINISTRATOR OF THE ESTATE OF DAVID PERALES | ) ) | |
| Plaintiff, | ) ) | Case No. 21 cv 1760 |
| v. | ) ) | Judge Hon. Marvin E. Aspen |
| SHOREWOOD HOME AND AUTO, INC., AND MARC MOYER | ) ) ) | Mag. Judge Hon. Gabriel A. Fuentes |
| Defendants. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, AMY ELLIOTT, AS ADMINISTRATOR OF THE ESTATE OF DAVID PERALES, by her attorney, Glenn R. Gaffney, and Defendants, SHOREWOOD HOME AND AUTO, INC. AND MARC MOYER, by their attorney, Paul J. Richards, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this action with prejudice and without costs.

Respectfully Submitted,

By: */s/ Glenn R. Gaffney*

Glenn R. Gaffney (ARDC # 6180598)
Attorney for Plaintiff
Gaffney & Gaffney, P.C.
1771 Bloomingdale Road
Glendale Heights, IL 60138
(630) 462-1200 x 4

glenn@gaffneylawpc.com

2

By: /s/ *Paul J. Richards*
 Paul J. Richards
 Attorney for Defendants


Paul J. Richards
Kavanagh Grumley & Gorbolb, LLC
111 North Ottawa Street
Joliet, IL 60434
Schaumburg, Illinois 60173
Phone: 815-727-4511
Email: prichards@kgllc.com